UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 19-6-HRW

**LEONEL MARTINEZ,**                                                           **PLAINTIFF,**

v.                                                         **<u>ORDER</u>**

**KATHY LITTERAL, WARDEN,** *et.al.,*                           **DEFENDANTS.**

This is matter is before the Court upon Leonel Martinez's Motion to Amend Complaint [Docket No. 43]. The matter was referred to Magistrate Judge Edward B. Atkins.

Magistrate Judge Atkins recommends that the motion be overruled [Docket No. 44]. Petitioner has not filed objections to the Report and Recommendation, and the time for doing so has passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion. Accordingly, **IT IS HEREBY ORDERED:**

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 44] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) the Motion to Amend Complaint [Docket No.43] is **OVERRULED**.

This 7th day of August 2020.



Signed By:
<u>Henry R Wilhoit Jr.</u>
United States District Judge